UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50128/01-02 |
| -vs- | JUDGE DRELL |
| JERRY GREEN and JEREMY PAYTON | MAGISTRATE JUDGE KIRK |

### ORDER

Considering the recent Motion for Continuance and Waiver of Speedy, the Court finds that: (A) failure to grant a continuance would likely make a continuation of this case impossible or would result in a miscarriage of justice; (B) this case is sufficiently complex because of the nature of the prosecution that it is unreasonable to expect adequate preparation within the time limits established under the Speedy Trial Act; and (C) failure to grant a continuance, even if this case would not qualify under "(B)" above, would either unreasonably deny the parties continuity of counsel, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, the Court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly,

IT IS ORDERED that the current trial date of May 14, 2007 is hereby UPSET, and the trial of this matter is RESCHEDULED as a three-day jury trial that will begin at 9:30 a.m. on July 30, 2007.

IT IS FURTHER ORDERED that the period of delay resulting from the continuance of this trial is excluded from the time period prescribed by 18 U.S.C. § 3161 for commencement of trial.

SIGNED on this 22nd day of March, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE